# CHAPTER 1113

## District Changes and Regulation Amendments

**1113.01 Procedure for amendment or district changes.**
**1113.02 General provisions.**
**1113.03 Initiation of zoning text and Zoning Map amendments.**
**1113.04 Contents of applications for Zoning Map amendments.**
**1113.05 Transmittal to Planning Commission.**
**1113.06 Submission to Director of the Ohio Department of Transportation.**
**1113.07 Recommendation by Planning Commission.**
**1113.08 Standards for Zoning Map amendments.**
**1113.09 Public hearing by Council.**
**1113.10 Notice of public hearing in newspaper.**
**1113.11 Notice to property owners by Council.**
**1113.12 Action by Council.**
**1113.13 Effective date and referendum.**
**1113.14 Annexation.**

CROSS REFERENCES
Council approval of Planning Commission action - see CHTR. Sec. 2.09
Statutory provisions - see Ohio R.C. 713.10 et seq.

### 1113.01 PROCEDURE FOR AMENDMENT OR DISTRICT CHANGES.

This Part and the Official Zoning Map may be amended utilizing the procedures specified in this chapter.

### 1113.02 GENERAL PROVISIONS.

Whenever the public necessity, convenience, general welfare or good zoning practices require, Council may by ordinance after receipt of a recommendation thereon from the Planning Commission and subject to procedures provided by law, amend, supplement, change or repeal the regulations, restrictions and boundaries or classification of property.

### 1113.03 INITIATION OF ZONING TEXT AND ZONING MAP AMENDMENTS.

Amendments to the text of this Part may be initiated in one of the following ways:
(a) By adoption of a motion by the Planning Commission;
(b) By adoption of a resolution by Council for a referral to Planning Commission;
(c) By the filing of an application to the Zoning Inspector, pursuant to Section 1113.05 . Transmittal to Planning Commission, by at least one owner or lessee of property within the area proposed to be changed or affected by such amendment.

### 1113.04 CONTENTS OF APPLICATIONS FOR ZONING MAP AMENDMENTS.

Applications for amendments to the Official Zoning Map shall contain at least the following information:
(a) Name, address and phone number of applicant;
(b) Present use;
(c) Present zoning district;
(d) Proposed use;
(e) Proposed zoning districts;
(f) A vicinity map at a scale approved by the Zoning Inspector showing property lines, thoroughfares, existing and proposed zoning and such other items as the Zoning Inspector may require;
(g) A list of all property owners and their mailing addresses who are within, contiguous to or directly across the street from the parcel(s) proposed to be rezoned and others that may have a substantial interest in the case, except that addresses need not be included where more than ten parcels are to be rezoned; and
(h) A fee as established by the Board of Control.

### 1113.05 TRANSMITTAL TO PLANNING COMMISSION.

Immediately after the adoption of a resolution by Council or the filing of an application by at least one owner or lessee of property, the resolution or application shall be transmitted to the Planning Commission.

### 1113.06 SUBMISSION TO DIRECTOR OF THE OHIO DEPARTMENT OF TRANSPORTATION.

Before any zoning amendment is approved affecting any land within 300 feet of the centerline of a proposed new highway or highway for which changes are proposed as described in the certification to local officials by the Director of Transportation, or within a radius of 500 feet from the point of intersection of the centerline with any public road or highway, the Planning Commission shall give notice, by registered or certified mail, to the Director. The Commission may proceed as required by law, however, Council shall not approve the amendment for 120 days from the date the notice is received by the Director. If the Director notifies the City that he shall proceed to acquire the land needed, then the City shall refuse to approve the rezoning. If the Director notifies the City that acquisition at this time is

Exhibit B

not in the public interest or upon the expiration of the 120-day period or any extension thereof agreed upon by the Director and the property owner, Council shall proceed as required by law.

**1113.07 RECOMMENDATION BY PLANNING COMMISSION.**

Within sixty (60) days from the receipt of the proposed amendment, the Planning Commission shall transmit its recommendation to Council. The Planning Commission may recommend that the amendment be granted as requested, or it may recommend a modification of the amendment requested, or it may recommend that the amendment be denied.

**1113.08 STANDARDS FOR ZONING MAP AMENDMENTS.**

All recommendations by Planning Commission for Official Zoning Map amendments shall be consistent with the City's adopted plans, goals, and policies, and the following:

(a) Prior to making a recommendation to City Council on a proposed rezoning, the Planning Commission shall consider whether the following conditions exist:

(1) There has been a change in demand for land which alters the information upon which the Official Zoning Map is based.

(2) A study indicates that there has been an increase in the demand for land in the requested zoning district, and as a result, the supply of land within the City mapped as such on the Zoning Map, is inadequate to meet the demands for such development.

(3) Proposed uses cannot be accommodated by sites already zoned in the City due to lack of transportation or utilities or other development constraints, or the market to be served by the proposed use cannot be effectively served by the location of the existing zoning district.

(4) There is an error in the text of this Part or the Official Zoning Map as enacted.

(b) No residentially zoned district shall be recommended by Planning Commission to be rezoned to a non-residential district unless such proposed rezoning site is contiguous to land in the proposed zoning district classification.

(c) In addition to the findings required to be made by subsection (b), findings shall be made by the Planning Commission on each of the following matters based on the evidence presented.

(1) The extent to which the proposed amendment and proposed use are in compliance with and deviate from adopted plans, goals and policies.

(2) The suitability of the property in question for the uses permitted under the proposed zoning.

(3) The adequacy of public facilities such as transportation, utilities, and other required public services to serve the proposed use.

(4) The effect of the proposed rezoning on surrounding uses.

(5) The effect of the proposed rezoning on the economic viability of existing developed and vacant land within the City.

**1113.09 PUBLIC HEARING BY COUNCIL.**

Upon receipt of the recommendation from the Planning Commission, Council shall schedule a public hearing. The hearing shall be not more than sixty (60) days from the receipt of the recommendation from the Planning Commission.

**1113.10 NOTICE OF PUBLIC HEARING IN NEWSPAPER.**

Notice of the public hearing required in Section 1113.09 by Council shall be by at least one publication in one or more newspapers of general circulation in the City. The notice shall be published at least ten (10) days before the date of the required hearing. The published notice shall set forth the time and place of the public hearing and a summary of the proposed amendment.

**1113.11 NOTICE TO PROPERTY OWNERS BY COUNCIL.**

If the proposed amendment intends to rezone or redistrict ten or less parcels of land, as listed on the tax duplicate, written notice of the hearing shall be mailed by the Clerk of Council, by first class mail, at least ten (10) days before the day of the public hearing to all owners of property within, contiguous to and directly across the street from the area proposed to be rezoned or redistricted to the address of the owners appearing on the County Auditor's current tax list or the Treasurer's mailing list and to such other list or lists that may be specified by Council. If the proposed amendment intends to rezone or redistrict more than ten parcels of land, notice of the hearing shall be provided only by newspaper as indicated in Section 1113.10. The failure to deliver the notification, as provided in this section, shall not invalidate any such amendment. The notice shall contain the same information as required of notices published in newspapers as specified in Section 1113.10.

**1113.12 ACTION BY COUNCIL.**

The following shall occur as action by Council:

(a) Within thirty days after the public hearing required by Section 1113.09 , Council shall, subject to Section 2.09 of the Charter, either adopt or deny the recommendation of the Planning Commission or adopt some modification of it, except in cases where subsection (b) hereof applies.

(b) Should Council determine that there is information or questions not considered by the Commission, it may return the issue to the Commission for reconsideration. The Commission shall meet and issue a recommendation to Council within thirty days of the return date. Within thirty days after Council receives the Commission's reconsidered recommendation, Council shall adopt, deny or modify the recommendation as provided in subsection (a) hereof. This return for reconsideration may be done one time only on a zoning amendment issue.

**1113.13 EFFECTIVE DATE AND REFERENDUM.**

The amendment adopted by Council shall become effective thirty days after the date of the adoption unless within thirty days after the passage of the ordinance, there is presented to the City Clerk a petition, signed by a number of qualified voters residing in the City equal to not less than ten percent (10%) of the total vote cast in the area at the last preceding general election at which a governor was elected,

requesting Council to submit the zoning amendment to the electors of the City for approval or rejection at the next general election.

No amendment for which the referendum vote has been requested shall be put into effect unless a majority of the vote cast on the issue is in favor of the amendment. Upon certification by the Board of Elections that the amendment has been approved by the voters, it shall take immediate effect.

**1113.14 ANNEXATION.**

All land annexed to the City subsequent to the adoption of this Part shall remain subject to the previous township zoning district until such time as the Official Zoning Map is amended according to the provisions of Sections 1113.01 to 1113.13, District Changes and Regulation Amendments.