# CHAPTER 1110

## Site Plan Review Guidelines and Standards

**1110.01 Applicability.**
**1110.02 Contents of site plan application.**
**1110.03 Action by Planning Commission for site plan review.**
**1110.04 Site plan review guidelines.**
**1110.05 Signs.**

CROSS REFERENCES

Subdivision design standards - see P. & Z. Ch. 1163

### 1110.01 APPLICABILITY.

This section shall apply to new property development, except for subdivisions of four (4) single family detached dwelling units or less, and shall apply to the substantial expansion of existing structures, except for individual single family detached dwellings and two-family dwellings. Substantial expansion of existing structures shall be defined based on the criteria established below:

| When Existing Structure is.... | A Substantial Expansion is... |
|---|---|
| 0 - 1,000 Sq. Ft. GFA* | 50% or Greater addition of GFA |
| 1,001 - 10,000 Sq. Ft. GFA | 40% or Greater addition of GFA |
| 10,001 - 25,000 Sq. Ft. GFA | 30% or Greater addition of GFA |
| 25,001 - 50,000 Sq. Ft. GFA | 20% or Greater addition of GFA |
| 50,001 Sq. Ft. GFA and larger | 10% or Greater addition of GFA |

*GFA means Gross Floor Area

Furthermore, no building shall be erected or structurally altered on any lot or parcel in zones where a site plan is required, except in accordance with the regulations of this section and an approved site plan. No zoning certificate shall be issued prior to the approval of a site plan. In cases determined by the Planning Commission, a temporary certificate of occupancy permit may be issued with the posting of a bond as established by the City Council.

### 1110.02 CONTENTS OF SITE PLAN APPLICATION.

Before a zoning certificate is issued, one copy of the site plan at a scale no smaller than 1 inch to 100 feet shall be filed with the Zoning Inspector setting forth, identifying and locating the following:

(a) The total area in the development.
(b) The existing zoning of the property in question and/or all adjacent properties.
(c) All public and private right-of-way and easement lines located on or adjacent to the property which is proposed to be continued, created, relocated or abandoned.
(d) Existing topography with a maximum of ten (10) foot contour intervals.
(e) The proposed finished grade of the development shown by contours not larger than five (5) feet.
(f) The locations of all existing and proposed buildings in the described parcels, the uses to be contained therein and the total number of buildings including dimensions, heights, gross floor area and number of stories.
(g) Location and dimension of all curb cuts, driving lanes, off-street parking and loading areas including the number of spaces, angles of stalls, grades, surfacing materials, drainage plans, and illumination of facilities.
(h) All sidewalks and other open areas.
(i) Location of all walls, fences, and buffer yards.
(j) Location, size, height and orientation of all signs.
(k) Location of all existing proposed streets, highways and alleys.
(l) All existing and proposed water and sanitary sewer lines indicating pipe sizes, types and grades.
(m) The schedule of phasing of the project.
(n) Such other information as required by the Planning Commission to determine the conformance with this Zoning Code.

### 1110.03 ACTION BY PLANNING COMMISSION FOR SITE PLAN REVIEW.

Upon submission of the complete application for site plan review to the Zoning Inspector, the application shall be transmitted to the Planning Commission where they shall review the site plan pursuant to Section 1110.04 Site Plan Review Guidelines. No public notice or public hearing shall be required in conjunction with the Site Plan Review.

The Planning Commission shall act upon all site plans within thirty (30) days after the receipt of the complete application from the Zoning Inspector. The Planning Commission may approve, disapprove or approve with modifications the site plan as submitted. Within the said thirty (30) day period, a majority of the members of the Planning Commission present at a meeting thereof may vote to extend the said period for a period of time not to exceed an additional sixty (60) days.

### 1110.04 SITE PLAN REVIEW GUIDELINES.

The following principles shall guide the site planning review by the Planning Commission:

(a) The natural topographic and landscape features of the site shall be incorporated into the plan and the development whenever feasible.
(b) Buildings and open spaces should be in proportion and in scale with existing structures and spaces in the area within three hundred (300) feet of the development site.

Exhibit C

(c) A site that has an appearance of being congested, over built or cluttered can evolve into a blighting influence and therefore such should not be congested, over built or cluttered.
(d) Open spaces should be linked together.
(e) Natural separation should be preserved or created on the site by careful planning of the streets and clustering of buildings using natural features and open spaces for separation. Existing vegetation removal should be kept to a minimum.
(f) Screening of intensive uses should be provided by utilizing landscaping, fences or walls to enclose internal areas.
(g) Buildings should be sited in an orderly, non-random fashion. Long, unbroken building facades should be avoided.
(h) In connection with the siting of buildings, the location should be oriented to maximize the privacy of the occupants of adjacent buildings.
(i) Street location and design shall conform to existing topographic characteristics. Cutting and filling shall be minimized in the construction of streets. Flat as possible grades shall be utilized proximate to intersections.
(j) Pedestrian circulation in non-residential areas should be arranged so that off-street parking areas are located within a convenient walking distance of the use being served. Handicapped parking should be located as near as possible to be accessible to the structure. Pedestrian and vehicular circulation should be separated as much as possible, through crosswalks designated by pavement markings, signalization or complete grade separation.
(k) Path and sidewalk street crossings should be located where there is a good sight distance along the road, preferably away from sharp bends or sudden changes in grade.
(l) Parking lots and garages should be located in such a way as to provide safe, convenient ingress and egress. Whenever possible there should be a sharing of curb cuts of more than one facility. Parking areas should be screened and landscaped and traffic islands should be provided to protect circulating vehicles and to break up the monotony of continuously paved areas.
(m) Drive through establishments such as restaurants and banks should be located to allow enough automobile waiting space for peak hour operation without interference with other parking lot circulations.

**1110.05 SIGNS.**

The following guidelines apply to the application of signs in the site plan review process:
(a) For new developments, signs shall be reviewed as part of the site plan review process. The Planning Commission shall have the authority to modify sign regulations as part of the site plan review based upon written findings.
(b) For existing buildings with new signs that do not comply to district requirements, the Planning Commission can approve the sign, with written modifications and findings, related to compensation by the owner in the form of overall site improvements (i.e. increased landscaping).
(c) All variances for signs shall be filed with the Board of Building and Zoning Appeals pursuant to Section 1105.33.