# CHAPTER 1161

## Major Subdivision


**1161.01 Intent.**
**1161.02 Submission for preliminary plat approval.**
**1161.03 Preliminary plat form.**
**1161.04 Preliminary plat contents.**
**1161.05 Approval of preliminary plat.**
**1161.06 Construction and utility plan requirements.**
**1161.07 Preliminary plat approval period.**
**1161.08 Preliminary plat checklist.**

**FINAL PLAT**
**1161.09 Final plat required.**
**1161.10 Submission for approval of final plat.**
**1161.11 Final plat form.**
**1161.12 Final plat contents.**
**1161.13 Supplementary information.**
**1161.14 Approval of final plat.**
**1161.15 Recording of final plat.**
**1161.16 Final plat checklist.**

**ASSURANCE FOR COMPLETION AND MAINTENANCE OF IMPROVEMENTS**
**1161.17 Improvements and performance surety.**
**1161.18 Inspection of improvements.**
**1161.19 Maintenance of improvements and maintenance surety.**
**1161.20 Deferral or waiver of required improvements.**
**1161.21 Procedure in case of failure to complete improvement.**
**1161.22 Procedure in case of default.**
**1161.23 Issuance of zoning permits.**

**REQUIREMENTS FOR CONSTRUCTION IMPROVE-MENTS AND DESIGN**
**1161.24 General statement.**
**1161.25 Conformity to development plans and zoning.**
**1161.26 Street improvements.**
**1161.27 Street signs and street names.**
**1161.28 Special street types.**
**1161.29 Streets for commercial subdivisions.**
**1161.30 Streets for industrial subdivisions.**
**1161.31 Easements.**
**1161.32 Sidewalks.**
**1161.33 Blocks.**
**1161.34 Lots.**
**1161.35 Survey monuments.**
**1161.36 Street and walkway lighting.**
**1161.37 Water supply improvements.**
**1161.38 Sanitary sewer improvements.**
**1161.39 Drainage improvements.**
**1161.40 Culverts and bridges.**
**1161.41 Electric, gas, cable television and telephone improvements.**
**1161.42 Over-sized, over-depth and off-site improvements.**
**1161.43 Cost of over-sized and over-depth improvements.**
**1161.44 Extension to boundaries.**
**1161.45 Off-site extensions.**
**1161.46 Non-annexed subdivisions.**
**1161.47 Record drawings.**

**MISCELLANEOUS PROVISIONS**
**1161.48 Recording of plat.**
**1161.49 Revision of plat after approval.**
**1161.50 Sale of land within subdivisions.**


Exhibit E

**1161.51 Schedule of fees.**
**1161.52 Variances.**
**1161.53 Appeal.**
**1161.99 Penalty.**

CROSS REFERENCES
Plat acknowledgement and recording - see Ohio R.C. 711.06
Rules for construction of improvements - see Ohio R.C. 711.101

**1161.01 INTENT.**

Preapplication meeting required. The subdivider shall meet with the City Planning Commission or its designated representative prior to submitting the preliminary plat. The purpose of this meeting is to discuss early and informally the purpose and effect of these Regulations and the criteria and standards contained herein, and to familiarize the developer with the Comprehensive Plan, the Major Thoroughfare Plan, the Parks and Public Open Space Plan, the Zoning Ordinance and the drainage, sewerage and water systems of the City.
(Ord. 4206. Passed 1-24-06.)

**1161.02 SUBMISSION FOR PRELIMINARY PLAT APPROVAL.**

The subdivider shall prepare and submit ten (10) copies of the preliminary plat of the proposed subdivision and the construction plans along with a completed preliminary plat checklist with remarks to the City Administrator.
The Preliminary Plat must be submitted thirty (30) days prior to the next scheduled Planning Commission meeting.
The preliminary plat shall be considered officially filed on the day it is received and properly noted and shall be so dated.
The preliminary plat shall not be considered properly submitted until all applicable fees are paid by the developer (see Section 1161.51 Schedule of Fees).
All plats and plans are provided to the City Administrator.
The subdivider shall provide a copy of the preliminary plat to the local utility companies.
(Ord. 4206. Passed 1-24-06.)

**1161.03 PRELIMINARY PLAT FORM.**

The preliminary plat shall be clearly and legibly drawn. The size of the plat shall not be less than 24" x 36". If the preliminary plat is to be drawn in sections, each section shall be accompanied by a key map, showing the location of the sections. The plat of a subdivision containing five (5) acres or less shall be drawn to a scale of 1" = 50'. All other subdivisions shall be drawn to a scale of 1" = 100'.
(Ord. 4206. Passed 1-24-06.)

**1161.04 PRELIMINARY PLAT CONTENTS.**

The preliminary plat shall clearly show the following features and information:
(a) Items of Title.
(1) Proposed name of subdivision. The name of the subdivision and proposed streets shall not duplicate, or too closely resemble, the name of any other subdivision or street, subject to Planning Commission approval.
(2) Location by numerically labeled inlot or outlot, if applicable.
(3) Name and address of property owner/developer.
(4) Scale of the plat.
(5) North arrow.
(6) Name and address of the professional surveyor who prepared the plat. Date of preparation.
(7) Location by section, town, range, or by other legal description.
(8) Signature and date lines for the Planning Commission Chairman, Zoning Enforcement Officer, and City Engineer.
(9) Stamp and signature of the Professional Surveyor.
(10) Location of front building setback lines clearly marked on the lot.
(b) Existing Site Conditions/characteristics.
(1) Perimeter boundaries of the proposed subdivision indicated by a heavy solid line, and the approximate acreage comprised therein.
(2) Location, widths, and names of all existing or platted streets, indicated as to: dedicated, undedicated, constructed or unimproved, official thoroughfares or other public ways, railroad and utility rights-of-way, easements, parks and other open spaces, permanent buildings, section and corporation lines within or adjacent to the subject tract.
(3) Location and size of all existing utilities: sewers, water mains, telephone, electric, gas, culverts, or other underground items located within or adjacent to the subject tract.
(4) Names of adjacent subdivisions and owners of adjoining parcels.
(5) Topographic map of such proposed subdivision shall be submitted with the preliminary plat, showing 1-foot contour intervals for all land within and 50 feet adjacent to the subject site.
(6) Current zoning classification of the tract and adjoining properties.
(7) The vicinity sketch shown on the preliminary plat.

(c) Proposed Site Conditions/characteristics.

(1) Street layout, including street names and widths, alleys, cross-walkways and easements and their dimensions.

(2) Layout, numbers, and approximate dimensions of lots, including lot area (as measured in acres or square feet).

(3) Parcels of land intended to be dedicated or temporarily reserved for public use, and the conditions of such dedication or reservation.

(4) Building setback lines, along all streets, with dimensions.

(5) Indication of the proposed zoning designation to identify the potential development so as to reveal the nature of the impact the proposal will have on traffic flow, fire hazard, congestion, public utility capacities, and required services.

(6) A typewritten copy of the protective covenants or deed restrictions, if any.

(7) Indication of any developmental phasing or staged development timing.

(d) Construction Plans. The proposed preliminary subdivision plat shall be accompanied by preliminary construction plans consisting of:

(1) A centerline profile for each street shown thereon, drawn to a scale of at least 1” = 100’ horizontal and 1” = 10’ vertical.

(2) A preliminary layout, drawn to a scale of at least 1” = 100’, including proposed placement of water lines, sanitary sewers, and storm sewers. These may be incorporated in the above preliminary plat.

(3) A preliminary drainage plan including proposed storm detention location. This may be incorporated in the above preliminary plat.

(Ord. 4206. Passed 1-24-06.)

**1161.05 APPROVAL OF PRELIMINARY PLAT.**

The City Administrator or appointed authorized representative shall check for completeness of the preliminary plat as required by these Regulations. When completed, the City Administrator or appointed authorized representative shall schedule a Planning Commission meeting.

The Planning Commission shall review all details of the proposed subdivision within the framework of the applicable Zoning Regulations, the various elements of these Regulations, the Design Criteria, the Construction Standards and Drawings, and the various elements of the Comprehensive Development Plan.

The Planning Commission shall give careful study to the preliminary plat, taking into consideration the requirements of the community and the best possible use of the land to be subdivided, together with its prospective character, whether residential, commercial, or industrial. Attention shall be given to street widths, arrangement and circulation, surface drainage, lot sizes and arrangements, and to such neighborhood and community requirements as park, school, and playground sites and main thoroughfare widths and locations.

The Planning Commission representative shall forward copies of the preliminary plat to such officials and agencies as may be necessary for the purpose of study and recommendation. Upon receipt of such reports from such officials and agencies, the Planning Commission Representative shall prepare a report with those recommendations to the Planning Commission who shall determine whether the preliminary plat shall be approved, approved with modifications, or disapproved. If a plat is disapproved, the reasons for disapproval shall be stated in writing and recorded in the minutes of the Planning Commission meeting.

The Planning Commission shall act on the preliminary plat within 30 days after filing unless such time is extended by agreement with the subdivider. When a preliminary plat has been approved by the Planning Commission, the chairman shall sign and date all copies and return one to the subdivider. (Ord. 4206. Passed 1-24-06.)

**1161.06 CONSTRUCTION AND UTILITY PLAN REQUIREMENTS.**

Based on the preliminary plat and the required changes relating thereto, if any, the subdivider shall cause to be prepared a set of drawings and specifications of improvements of construction and utility plans by a registered professional engineer or surveyor. The plans shall include typical sections, plans and profile view, construction details and estimates of quantities. All typical sections and major engineering details to be used on any particular street shall be approved in advance by the City Engineer, before completion of the plans or commencement of construction. (Ord. 4206. Passed 1-24-06.)

**1161.07 PRELIMINARY PLAT APPROVAL PERIOD.**

The approval of the preliminary plat shall be effective for a maximum period of twelve (12) months unless the first section has been filed for final approval. If no subsequent sections are filed within three (3) years from the recording of the previous sections, the approval of the remainder of the preliminary plat is no longer effective. The terms under which the approval is granted will not be affected by changes to these Regulations during the maximum period of twelve (12) months.
(Ord. 4206. Passed 1-24-06.)

**1161.08 PRELIMINARY PLAT CHECKLIST.**

SUBDIVISION ________________________________________________________________
DATE ______________________
This list is not all inclusive, but is to be used as a guideline for submittals and reviews.

| | **DESCRIPTION** | **REMARKS** |
|---|---|---|
| 1 | Received fees. | |
| 2 | Ten copies of plat (at a scale of not more than 1" = 100'). | |
| 3 | Name of Subdivision. | |
| 4 | Location of property with respect to surrounding property and streets. | |

| | | |
|---|---|---|
| 5 | Location by township, section, town and range. | |
| 6 | Names of all adjoining property owners, or names of adjoining developers. | |
| 7 | Name of adjoining subdivisions. | |
| 8 | Location and names of adjoining streets. | |
| 9 | Location of corporation line, if applicable. | |
| 10 | Location and dimensions of all boundary lines of the property in feet and decimals of a foot. | |
| 11 | Vicinity sketch. | |
| 12 | Indication of zoning. | |
| 13 | Location of existing easements. | |
| 14 | Location of existing water bodies, streams, and other pertinent features such as railroads, buildings, parks, cemeteries, drainage ditches, bridges, etc. | |
| 15 | Locations, dimensions and areas of all proposed or existing lots. | |
| 16 | Location and dimensions of all property proposed to be set aside for park or playground use, or other public or private reservation, with designation of the purpose thereof, and conditions, if any, of the dedication or reservation. | |

| | **DESCRIPTION** | **REMARKS** |
|---|---|---|
| 17 | Date of plat. | |
| 18 | Scale of plat. | |
| 19 | North arrow. | |
| 20 | Data from which the location, bearing and length of all lines can be determined and reproduced on the ground. | |
| 21 | Names of new streets as approved by the Planning Commission. | |
| 22 | Indication of the use of any lot and all uses other than residential. | |
| 23 | Lots consecutively numbered. | |
| 24 | Approximate dimensions of lots, including lot area. | |
| 25 | Front building setback lines. | |
| 26 | Profiles showing existing and proposed elevations along centerline of all streets. | |
| 27 | Approximate stationing on all streets. | |
| 28 | Location, size and invert elevations of all existing and proposed sanitary sewers and stormwater sewers and structures. | |
| 29 | Preliminary drainage plan including proposed stormwater detention location. | |
| 30 | Location and size of all water lines. | |
| 31 | Topography at the same scale with contour interval of 1'. | |
| 32 | Other specifications and references required by the local government. Construction standards and specifications, including a site grading plan for the entire subdivision. | |
| 33 | Title of property, name and address of owner, and signature of surveyor. | |
| 34 | Date, including revision dates. | |
| 35 | Notation of approval, signature line for Planning Commission Chairman. | |
| 36 | Name and address of subdivider and/or developer. | |

| | **DESCRIPTION** | **REMARKS** |
|---|---|---|
| 37 | Copy of protective covenants, if applicable. | |
| 38 | Indication of any developmental phasing or staged development timing. | |
| 39 | Meets zoning requirements (i.e., minimum frontage, setbacks, area, etc). | |

| | | |
|---|---|---|
| 40 | Conformance with major street plan. | |
| 41 | No flood hazards. | |
| 42 | Right-of-way widths, meets minimum criteria. | |
| 43 | Avoidance of multiple intersections. | |
| 44 | Lengths of blocks, meets minimum criteria. | |

(Ord. 4206. Passed 1-24-06.)

**FINAL PLAT**

**1161.09 FINAL PLAT REQUIRED.**

Having received the approval of the preliminary plat, if applicable, the subdivider shall submit a final plat containing all changes required by the Planning Commission in the preliminary plat. The final plat and the supplementary information shall be certified by a professional surveyor. Construction plans, drawings, and specifications shall be certified by a professional engineer licensed to practice in the State of Ohio.
(Ord. 4206. Passed 1-24-06.)

**1161.10 SUBMISSION FOR APPROVAL OF FINAL PLAT.**

The Subdivider shall prepare and submit the following:
(a) Ten (10) copies of the final plat of the proposed subdivision.
(b) Five (5) copies of construction drawings related to the improvements to be constructed in the proposed subdivision.
(c) Two (2) copies of an itemized engineer's estimate with quantities for all proposed improvements including the estimate of cost for each item.
(d) A copy of the storm sewer and storm detention calculations and other applicable calculations for design.
(e) Completed final plat checklist with remarks.
(f) Completed final construction plan checklist with remarks (see Design Criteria for list.)

All final plats, construction drawings, and supporting documents shall meet all Design Criteria and Construction Standards and Drawings established by the City, the Zoning Regulations of the City, or requirements established by other governmental organizations having jurisdiction over the improvements. The most restrictive requirements shall apply.

The final plat must be submitted thirty (30) days prior to the next scheduled meeting. The final plat shall be considered officially filed on the day it is received and properly noted and shall be so dated. However, the final plat shall not be considered properly submitted until all applicable fees are paid by the developer (see Section 1161.51 Schedule of Fees) and until all plans, supporting documents, and materials are provided to the City Administrator. In addition, a Performance Surety must be provided prior to going to the City Council for approval.
(Ord. 4206. Passed 1-24-06.)

**1161.11 FINAL PLAT FORM.**

The final plat shall be clearly legibly drawn on reproducible mylar. The size of the plat shall be 18" x 24". The plat of a subdivision containing five (5) acres or less, shall be drawn to a scale of 1" = 50'. All other subdivisions shall be drawn to a scale of 1" = 100'. The minimum lettering height shall be 3/32" and all lot dimensions shall be 1/8" or larger. Lot number lettering shall be 1/4" or larger and underlined or circled.

If the final plat is drawn in two or more sections, each section shall be accompanied by a key map showing the location of the sections. All final plat sections shall either totally include or totally exclude intersections and all lots fronting such intersections.

Construction drawings shall be submitted in the form stated in the City of Urbana Design Criteria. The plans shall consist of the required improvements stated in these Regulations.
(Ord. 4206. Passed 1-24-06.)

**1161.12 FINAL PLAT CONTENTS.**

The final plat shall contain the following information:
(a) Name of the subdivision (which shall not duplicate or closely resemble the name of any other subdivision in the County), location by section, town, range and township, or by other survey number, date, north arrow and basis of bearing, acreage to thousandths of an acre (total lot acreage and total street acreage) and deed book and page reference.
(b) Name and address of the subdividers, the professional engineer, and registered surveyor who prepared the plat and appropriate registration numbers and seals.
(c) The total area being platted shall include all perimeter courses and be outlined by a heavy-line border. Courses are to be listed in a clockwise direction. All dimensions, both lineal and angular, shall be determined by an accurate control survey in the field. The error of closure shall conform to the Ohio Administrative Code.
(d) Bearings and distances to the nearest centerline of intersecting roads or the intersection of right-of-way lines; lot corners of recorded plat with plat reference; or section corner or quarter section corner.
(e) Names, precise location, dimensions, and right-of-way width of all streets and railroads within and adjoining the plat and building setback lines. Street names shall be approved by the Planning Commission.
(f) Radii, internal angles, points of curvature, tangent bearings, lengths of arcs, and chord length bearing of all applicable streets within the plat area shall be illustrated on the plat.

(g) The precise locations, dimensions, and uses of easements shall be illustrated on the plat.

(h) All lots accurately dimensioned in feet and hundredths with lot numbers and acreage. The lot numbers shall be consecutive for each platted section and shall be placed in the center of the lot with acreage under the lot number. Replatted lots shall illustrate existing lot numbers, lot lines dashed, and utility easements on the plat.

(i) Accurate location and a description of all monuments as to type, size, and whether the monument was found or set. If a monument has been omitted or offset, a notation shall appear on the plat indicating the reason for the omission; or if it has been offset, its true location in relation to the property corner or lot corner shall be noted.

(j) Accurate outlines of areas to be dedicated or reserved for public use, or any area to be reserved for the common use of all property owners. The use and accurate boundary locations shall be shown for each parcel of land to be dedicated.

(k) Any restrictions and covenants shall be shown on the final plat.

(l) Certification shall contain the following:

(1) The total acres being subdivided.

(2) Current ownership.

(3) Deed reference.

(m) A notarized certification by the owner or owners of the adoption of the plat and the dedication of streets and other public areas.

(n) Acknowledgment dedication statement of the owner or owners to the plat and restrictions, including dedications to public use of all public streets, alleys, parks or other open spaces shown thereon and the granting of the required easements, as shall be indicated by the following statement on the plat tracing: "Easements shown on this plat are for the construction, operation, maintenance, repair, replacement, or removal of water, gas, sewer, electric, telephone, or other utilities or services, and for the express privilege of removing any and all trees or other obstructions to the free use of said utilities and for providing of ingress and egress to the property for said purposes, and are to be maintained as such indefinitely."
A statement of intention and request for the vacation of lot lines and easements on previously platted properties, and the signature of authorized representatives of local utility companies (electric, telephone, cable television, etc.) acknowledging the abandonment of easements.

(o) The names of record of all abutting parcels with deed reference, acreage, and survey record reference, if applicable. Platted land shall show the name of the subdivision, lot numbers, plat book, and page reference.

(p) Any section lines, corporation limits, township, and county lines shall be accurately documented and located on the plat and their names lettered thereon.

(q) Location of permanent facilities and easements used for drainage control such as detention ponds, retention ponds, infiltration beds, etc., and statement of the provisions for the maintenance of these facilities.

(r) Approval signature and date lines shall be provided for Mayor, President of Council, Clerk of Council, Planning Commission Chairman, Zoning Enforcement Officer, City Engineer, and Champaign County Engineer.

(s) Certification by a registered surveyor to the effect that the plat represents a survey made by him and that the monuments shown thereon exist as located and that all dimensional details are correct.

(Ord. 4206. Passed 1-24-06.)

**1161.13 SUPPLEMENTARY INFORMATION.**

The following information shall be supplied in addition to the above requirements:

(a) If a zoning change is involved, certification from the City Administrator shall be required indicating that the change has been approved and is in effect.

(b) Certification shall be required showing that all required improvements have been either installed and approved by the proper officials or agencies, or that a surety has been furnished assuring installation and initial maintenance of the required improvements.

(c) In flood prone areas the subdivider shall provide information detailing how the structures will be protected from flood hazard.

(d) The Planning Commission may require the applicant to submit additional topographic information, detailed plans for proposed uses, and other information to determine possible flood or erosion hazards, the effect of the subdivision use upon flood flows, and the adequacy of proposed flood protection measures. The Planning Commission may consult with expert persons or agencies for technical assistance and advice.

(e) These construction plans shall be submitted to the OEPA for approvals as required. Certification of OEPA approval shall be provided on the plans where applicable. Construction shall not commence until such approvals are granted.

(f) The City Engineer's signature shall be provided on the approved construction plans to verify compliance with the applicable specifications and the requirements of these Regulations.

(Ord. 4206. Passed 1-24-06.)

**1161.14 APPROVAL OF FINAL PLAT.**

The Planning Commission shall approve or disapprove the final plat within thirty (30) days after it has been officially and properly filed with the Planning Commission and so noted in the minutes. Failure of the Planning Commission to act upon the final plat within such time shall be deemed as approval of the plat. If the plat is disapproved, the grounds for disapproval shall be stated in the records of the Planning Commission, and a copy of said record shall be forwarded to the subdivider.

If disapproved, the subdivider shall make the necessary corrections and resubmit the final plat within thirty (30) days to the Planning Commission for final approval. When the final plat has been approved by the Planning Commission, the original shall be forwarded to the City Council for their approval and endorsement. The original shall be returned to the subdivider.

If a plat is refused by the Planning Commission, the subdivider may file a petition within ten days after such refusal in the Court of Common Pleas of the County in which the land described in the plat is situated to reconsider the action of the Commission.

(Ord. 4206. Passed 1-24-06.)

**1161.15 RECORDING OF FINAL PLAT.**

**1161.15 RECORDING OF FINAL PLAT.**

After the final plat has been approved by the Planning Commission, dedications accepted by the Council, and the necessary approval endorsed in writing thereon, the subdivider shall record the plat in the office of the County Recorder. The final plat shall be recorded in the office of the County Recorder as required by law within sixty (60) days after the date of final approval. The subdivider shall furnish the City with a reproducible of the recorded plat.
(Ord. 4206. Passed 1-24-06.)

**1161.16 FINAL PLAT CHECKLIST.**

SUBDIVISION ______________________________________________________________
DATE ____________________
This list is not all inclusive, but is to be used as a guideline for submittals and reviews.

| | DESCRIPTION | REMARKS |
|---|---|---|
| 1 | Received fees. | |
| 2 | Ten copies of the final plat. | |
| 3 | Five copies of construction drawings | |
| 4 | Two copies of engineer's estimate. | |
| 5 | One copy of storm sewer calculations, storm detention calculations, and other necessary design calculations. | |
| 6 | Performance surety. | |
| 7 | Name of subdivision. | |
| 8 | Location by section, town, range, and township. | |
| 9 | Date of plat. | |
| 10 | North arrow and basis of bearing. | |
| 11 | Acreage to thousandths of an acre. | |
| 12 | Deed book and reference page. (Plat book, if available.) | |
| 13 | Name and address of the subdividers. | |
| 14 | Name and address of professional engineer who prepared plans, including registration number and seal. | |
| 15 | Name and address of professional surveyor who prepared plat, including registration number and seal. | |
| 16 | Perimeter of subdivision to be outlined by a heavy border. | |
| 17 | All dimensions. | |
| 18 | Bearings and distances tot he nearest centerline of intersecting roads. | |

| | DESCRIPTION | REMARKS |
|---|---|---|
| 19 | Names, exact location, dimensions, and right-of- way width of all streets. | |
| 20 | Radii, internal angles, points of curvature, tangent bearings, chord length and bearings, lengths of arcs of all applicable streets within the plat area. | |
| 21 | The exact location, dimensions, and uses of easements shall be illustrated on the plat. | |
| 22 | All lots accurately dimensioned in feet and hundredths with lot numbers and acreage. | |
| 23 | Replatted lots shall illustrate old lot numbers and lot lines dotted on the plat. | |
| 24 | Accurate location and a description of all monuments as to type, size and whether the monument was found or set. | |
| 25 | Any restrictions and covenants shall be shown on the final plat. | |
| 26 | Acknowledgment dedication statement of the owner or owners to the plat. | |
| 27 | A statement of intention and request for the vacation of lot lines and easements. | |
| 28 | The signature of authorized representatives of local utility companies acknowledging the abandonment of easements. | |
| 29 | Names of record of all abutting parcels with deed reference, acreage, and survey record reference. | |

| | | |
|---|---|---|
| 30 | Any section lines, corporation limits, township, and county lines. | |
| 31 | Location of permanent facilities and easements for same used for drainage control such as detention basin, retention ponds, infiltration beds, etc, and statement of the provisions for the maintenance of these facilities. | |
| 32 | Construction plans submitted to the OEPA for approvals as required. | |
| 33 | Submitted within 12 months of preliminary approval. | |

| | DESCRIPTION | REMARKS |
|---|---|---|
| 34 | Conforms to preliminary plat and incorporates suggested changes. | |
| 35 | Street names. | |
| 36 | Size of lots meet minimum requirement. | |
| 37 | Setback lines meet minimum requirement. | |
| 38 | Corner lot size appropriate. | |
| 39 | Sufficient easements for utilities or open drainage. | |
| 40 | Approval signature and date lines. | |
| 41 | A notarized certification by the owner or owners. | |
| 42 | Certified monument statement. | |

(Ord. 4206. Passed 1-24-06.)

**ASSURANCE FOR COMPLETION AND MAINTENANCE OF IMPROVEMENTS**

**1161.17 IMPROVEMENTS AND PERFORMANCE SURETY.**

In order that the City has the assurance that the construction and installation of such improvements such as street surfacing, curbs, gutters, storm sewers and appurtenances, sanitary sewer, waterlines, sidewalks, and other required improvements will be constructed, the subdivider shall provide a performance surety.

(a) Performance Surety - To get a final plat approved by the City Council, the subdivider shall furnish either a bond, executed by a surety company, cash deposit (certified check), or Irrevocable Letter of Credit (form must be approved by the City Law Director) equal to the cost of construction of such improvements as shown on the plans, and based on an estimate approved by the City Engineer.

The performance surety, cash deposit (certified check), or Irrevocable Letter of Credit to the City shall run for a period of one (1) year and be extendable for two (2) years from the date of execution and shall provide that the subdivider, their heirs, successors, assigns, and agent or servants will comply with all applicable terms, conditions, provisions, and requirements of these Regulations, and will faithfully perform and complete the work of constructing and installing such facilities or improvements in accordance with such laws and these Regulations. Before said surety is accepted it shall be approved by the City Law Director. Whenever a cash deposit (certified check) is made, the same shall be made out to the City.

(b) Extension of Time - If the construction or installation of any improvement or facility, for which guarantee has been made by the developer in the form of a surety, is not completed within two (2) years from the date of final approval of the record plat, the developer may request the City to grant an extension, provided he can show reasonable cause for inability to complete said improvements within the required two (2) years.

(c) Acceptance of Dedication Offers - Acceptance of formal offers of dedication of streets, public areas, easements, and parks shall be by ordinance of the City Council. The approval by the Planning Commission of a subdivision plat shall not be deemed to constitute or imply the acceptance by the local government of any street, easement, or park shown on said plat.

(Ord. 4206. Passed 1-24-06.)

**1161.18 INSPECTION OF IMPROVEMENTS.**

Periodic inspections during the installation of improvements shall be made by the City to ensure conformity with the approved plans and specifications as required by these Regulations.

The subdivider shall notify proper City officials at least 24 hours before each phase of the improvements is ready for inspection. The presence and/or absence of an inspector during construction shall not relieve the subdivider from full responsibility of required improvements to the City of Urbana Construction Standards and Drawings and to the satisfaction of the City. See City of Urbana Design Criteria for inspection requirements. The City may require improvement inspection fees (see City for Schedule of Fees).

(Ord. 4206. Passed 1-24-06.)

**1161.19 MAINTENANCE OF IMPROVEMENTS AND MAINTENANCE SURETY.**

The applicant shall be required to maintain all improvements, if required, until approval of said improvements. Once the required

public improvements have been constructed and approved in the subdivision by the City Administrator, and prior to the release of the performance surety, the subdivider shall post with the City a maintenance surety in the amount of ten percent (10%) of the performance surety and in a form as approved by the City Law Director.

No public improvements shall be approved until the subdivider has posted an approved maintenance surety, and this maintenance surety will extend for one (1) year from the actual date that the final punch list has been completed and approved by the City.

Acceptance by the City of the public improvements will not take place until the City releases the maintenance surety and the City receives record drawings as outlined in the City of Urbana Design Criteria. Record drawings shall be stamped by a registered professional engineer or surveyor verifying the accuracy of the drawings.

Prior to release of the maintenance surety by the City, the developer shall have paid all public improvement fees required by these Regulations and have completed all maintenance punch list items. (Ord. 4206. Passed 1-24-06.)

**1161.20 DEFERRAL OR WAIVER OF REQUIRED IMPROVEMENTS.**

The Planning Commission may defer or waive at the time of final approval, subject to appropriate conditions, the provision of any or all such improvements as, in its judgment, are not requisite in the interests of the public health, public safety, and general welfare, or which are inappropriate because of inadequacy or lack of connecting facilities.

Whenever it is deemed necessary by the Planning Commission to defer the construction of any improvement required herein because of incompatible grades, future planning, inadequate or lack of connecting facilities, or for other reasons, the applicant shall pay his share of the costs of the future improvements as approved by the City Engineer and City Council to the City prior to the signing of the final subdivision plat.
(Ord. 4206. Passed 1-24-06.)

**1161.21 PROCEDURE IN CASE OF FAILURE TO COMPLETE IMPROVEMENT.**

The subdivider shall be in default of this performance surety when one of the following conditions exist:

(a) The installation of all required public improvements as called for in these Regulations has not taken within the two (2) year time period agreed upon in the subdivider's contract with the City, and the subdivider has failed to establish reasonable cause for such delay to the satisfaction of the Planning Commission and thereby to receive a time extension.

(b) The subdivider has not constructed the required public improvements in accordance with the minimum standards specified in these Regulations, and the subdivider is unwilling to modify and to upgrade said public improvements within a six (6) month time period so as to be in compliance with the provisions of these Regulations.

(Ord. 4206. Passed 1-24-06.)

**1161.22 PROCEDURE IN CASE OF DEFAULT.**

The subdivider shall be in default of his maintenance surety when the required public improvements have not been properly maintained over the one (1) year period as established in Section 1161.17 Improvements and Performance Surety or when the required public improvements are not in accordance with the "as-built" plans submitted by the subdivider to the City. The same shall apply whenever construction of improvements is not performed in accordance with applicable standards and specifications. In such cases of default, the City of Urbana shall proceed to utilize the performance surety and/or maintenance surety to construct the required public improvements to the minimum design standards as required in these Regulations.
(Ord. 4206. Passed 1-24-06.)

**1161.23 ISSUANCE OF ZONING PERMITS.**

As determined by the City Administrator, Zoning Permits will be issued when the extent of the street improvements is completed with curb and asphalt being installed. However, the subdivider is responsible for any damage to improvements.
(Ord. 4206. Passed 1-24-06.)

**REQUIREMENTS FOR CONSTRUCTION
IMPROVEMENTS AND DESIGN**

**1161.24 GENERAL STATEMENT.**

The Regulations contained in this section and the City of Urbana Design Criteria and Construction Standards and Drawings shall control the manner in which streets, lots, and other elements of a subdivision are arranged on the land. These design controls shall help ensure convenient and safe streets, creation of usable lots, provision of space for public utilities, and reservation of land for recreational uses. The planning of attractive and functional neighborhoods shall be promoted, minimizing the undesirable features of unplanned, haphazard growth.

The Planning Commission has the responsibility of reviewing the design of each future subdivision early in its design development. The Planning Commission shall ensure that all the requirements of this section and the City of Urbana Design Criteria and Construction Standards and Drawings are met. (Ord. 4206. Passed 1-24-06.)

**1161.25 CONFORMITY TO DEVELOPMENT PLANS AND ZONING.**

The arrangements, character, width, and location of all arterial and collector thoroughfares or extensions thereof shall conform with the adopted City of Urbana Major Thoroughfare Plan and Corridor Overlay Plan. Thoroughfares not contained in the aforementioned plan shall conform to the recommendation of the Planning Commission, based upon these Regulations. In addition, no final plat shall be

approved if in conflict with an existing ordinance.
(Ord. 4206. Passed 1-24-06.)

**1161.26 STREET IMPROVEMENTS.**

The arrangements, character, extent, width, grade, construction, and location of all streets shall conform to the Comprehensive Development Plan of the City, and shall conform to the City of Urbana Design Criteria and Construction Standards and Drawings. Street design shall take into consideration their relationship to existing and planned streets, topographical conditions, and public convenience and safety; and in their appropriate relation to the proposed uses of land to be served by such streets. The street pattern shall discourage through traffic in the interior of a subdivision. The subdivider shall provide within the boundaries of the plat, the necessary right-of-way for the widening, continuance, or alignment of such streets in conformity with the Comprehensive Development Plan.

The subdivider shall improve all streets that are part of the subdivision, including that portion of the subdivision located on existing streets. The required improvements shall be such that all items of work are in accordance with the City of Urbana Design Criteria and Construction Standards and Drawings. Existing streets shall be improved so that they meet the above standards including storm drainage.

Curbs and gutters shall be required for all streets including existing streets.

If one side of the subdivision abuts an existing street, the developer shall pay for the total cost of one side for additional width of excavation, curb and sidewalk including cost to bring the storm sewer system up to standards.

Appropriate access to and from any subdivision in the form of a standard City street with required improvements must be provided by a developer in instances where development is not located contiguously along an improved public street right-of-way. No subdivision shall be approved where a parcel, tract, or lot has frontage only on the "stub end" of a discontinued or dead-end street. Such street must first be extended or reconstructed as a cul-de-sac in accordance with these Regulations. No subdivision showing reserved strips controlling the access to public ways will be approved.

All street widths shall conform to the City of Urbana Design Criteria and Construction Standards and Drawings. In cases where the designation of the street is in question, the Planning Commission shall determine the type of street designation.
(Ord. 4206. Passed 1-24-06.)

**1161.27 STREET SIGNS AND STREET NAMES.**

(a) Street name signs and other traffic control signs shall be furnished and erected by the subdivider according to standards set forth by the City of Urbana Design Criteria and Construction Standards and Drawings.

(b) For purposes of street naming, the following is recommended:

(1) Circle, Place, or Court should be used only for cul-de-sac type streets.

(2) The words north, south, east, or west should be avoided as part of a street name whenever possible.

(c) Whenever a new street is constructed along the approximate alignment or extension of an existing street, its name shall be the same as that of the existing one.

(d) To avoid duplication and confusion, the proposed names of all streets shall be approved by the Planning Commission prior to such names being assigned or used.

(e) House numbers shall be assigned by the Engineering Department in accordance with the current house numbering system in effect in the City.
(Ord. 4206. Passed 1-24-06.)

**1161.28 SPECIAL STREET TYPES.**

The following requirements shall apply to special street types:

Permanent dead-end streets shall not be permitted. Temporary dead-end streets shall be permitted only as part of a continuing street plan and only if a temporary turnaround satisfactory to the City Engineer in design is provided.

Dedication of new half-streets shall not be permitted. Where a dedicated or platted half- street exists adjacent to the tract being subdivided, the other half shall be platted.

Alleys may be permitted in new residential, commercial, and industrial districts. Alleys shall conform to these Regulations, and according to standards set forth by the City of Urbana Design Criteria and Construction Standards and Drawings.

Cul-de-Sac Streets shall not exceed 600 feet in length and shall conform to these Regulations according to standards set forth by the City of Urbana Design Criteria and Construction Standards and Drawings.
(Ord. 4206. Passed 1-24-06.)

**1161.29 STREETS FOR COMMERCIAL SUBDIVISIONS.**

Streets serving commercial developments and accessory parking areas shall be planned to connect with arterial streets or marginal access drives so as not to generate traffic problems. The intersections of driveways from parking areas with arterial or collector streets shall be located so as to cause the least possible interference with traffic movement on the streets. The location of streets and driveways for business developments shall conform to the City of Urbana Design Criteria and Construction Standards and Drawings.
(Ord. 4206. Passed 1-24-06.)

**1161.30 STREETS FOR INDUSTRIAL SUBDIVISIONS.**

Collector streets for industrial subdivisions shall be planned to serve industrial areas exclusively and shall connect with arterial streets so that no industrial traffic will be directed into any residential street. Streets shall be planned to be extended to the boundaries or any

adjoining land planned for industry, except when severe physical conditions exist or if the Planning Commission finds such extension is not in accordance with the approved plan of the area. The location of streets and driveways for industrial developments shall conform to the City of Urbana Design Criteria and Construction Standards and Drawings.
(Ord. 4206. Passed 1-24-06.)

**1161.31 EASEMENTS.**

Utility Easements - Public utility easements at least 10 feet in total width may be required along the rear, front, and sides of lots where needed for the accommodation of a public utility, drainage, sanitary structures, or any combination of the foregoing. Where deemed necessary by the Planning Commission, an additional easement width shall be provided.

Watercourses - The subdivider shall dedicate rights-of-way or provide easements for storm drainage purposes which conform substantially with the lines of any natural watercourses, channels, streams, or creeks which traverse the subdivision or for any new channel which is established to substitute for a natural watercourse, channel, stream, or creek. Such rights-of-way or easements shall be of a width that will provide for the maintenance needs of the channel and incidental structures as determined by the Planning Commission. Easements shall be provided for the entire area of detention basins/retention ponds, along with a 20-foot access easement.

All plats shall contain a restriction requiring that no structures and plantings will be permitted in the easement area.
(Ord. 4206. Passed 1-24-06.)

**1161.32 SIDEWALKS.**

Sidewalks shall be required on both sides of all streets except in Industrial.

All sidewalks shall be constructed in accordance with the City of Urbana Design Criteria and Construction Standards and Drawings. The developer who constructs a sidewalk is responsible for curb ramps at intersections. Developers will be required to install sidewalks on individual properties prior to the issuance of certificate of occupancy. Two (2) years after that particular phase of the subdivision's Maintenance Bond expires and 50% of the sidewalk is installed. Sidewalks must be installed on all lots by whoever owns the properties. If the sidewalks are not installed, the City will perform the installation and assess the property owner for all cost incurred. (Ord. 4206. Passed 1-24-06.)

**1161.33 BLOCKS.**

The following Regulations shall govern the design and layout of blocks:

(a) The arrangement of blocks shall be such as to conform to the street planning criteria set forth in this section and to the street design criteria established in the City of Urbana Design Criteria and Construction Standards and Drawings, and shall be arranged to accommodate lots and building sites of the size and character required for the zoning district as set forth in the Zoning Regulations and to provide for the required community facilities.

(b) The Planning Commission may require that the characteristics of blocks bear close relation to the use of the land.

(c) Irregularly shaped blocks, those intended for cul-de-sacs or loop streets, and those containing interior parks or playgrounds, may be approved by the Planning Commission if properly designed and located and if the maintenance of interior public spaces is covered by an agreement.

(d) No block shall be longer than 1500 feet nor less than 300 feet and the block width shall accommodate two (2) tiers of lots, except where unusual topography or other exceptional physical circumstances exist.

(e) Where blocks are over 900 feet in length, a public walkway (crosswalk) easement not less than 10 feet in width at or near the halfway point may be required, if necessary, to provide proper access to schools, recreational areas, and other facilities. The Planning Commission has the authority to require an easement of 10 feet, 5 feet from each lot through the tier of two (2) lots for pedestrian access to school, playgrounds, or other facilities. A sidewalk shall be constructed. The width for a sidewalk shall conform to the City of Urbana Design Criteria and Construction Standards and Drawings.

(f) All block corners at street intersections shall be rounded with a radius of not less than 25 feet measured at the back of the curb.

(Ord. 4206. Passed 1-24-06.)

**1161.34 LOTS.**

The following Regulations shall govern the design and layout of lots:

(a) The lot arrangement and design shall be such that all lots will provide satisfactory building sites, properly related topography, and the character of surrounding development.

(b) All lots shall conform to or exceed the requirements for the zoning district in which they are located and the use for which they are intended.

(c) All lots shall abut by their full frontage on a publicly dedicated street or a street that has received the legal status of such. Irregular shaped lots and/or cul-de-sac lots may abut by their full frontage at the building setback line. The minimum lot size, widths, and setbacks, shall be as specified in the Zoning Regulations.

(d) All side lot lines shall be as close to right angles as possible to the street line and radial to curved street lines, except where the Planning Commission determines that a variation to this rule would provide a better layout.

(e) Lots with double frontage shall be avoided except where the Planning Commission determines it is essential to provide separation of residential development from arterial streets.

(f) All corner lots shall have front yard setbacks on both streets and lots shall be of an area sufficient to permit adequate building sites.

(g) No lot shall have an average depth which is more than three (3) times its average width, nor shall it have a depth of less than 110 feet or as stated in the Zoning Regulations except that, whenever a lot fronts upon an exterior curved portion of a street, lot depth may be reduced to not less than 100 feet.

(h) In the case of vacation of lots, or parts of lots, in the City previously recorded in the Office of the Recorder of Champaign County,

Ohio, the same procedure, rules and regulations shall apply as for a new plat, except that a preliminary plat may not be required. The title of the vacation plat shall indicate what is being vacated, and the final plat shall include enough of the surrounding plat or plats to show its relations to adjoining areas.

(i) Whenever a subdivider or developer proposes a re-subdivision of a plat previously recorded in the Office of the Recorder of Champaign County, Ohio he shall follow the same procedures as for a new plat, except that a preliminary plat may not be required if changes in street alignment or similar changes are not included in the proposal. The lots in the re-subdivision shall conform as to size and arrangement with the requirements of these Regulations and the appropriate requirements of the Zoning Regulations of the City.

(j) When a preliminary plat is submitted, all lots shall have the front building setback lines clearly marked on them.

(Ord. 4206. Passed 1-24-06.)

**1161.35 SURVEY MONUMENTS.**

A survey shall be made by a registered surveyor and shall conform to the "Minimum Standards for Boundary Surveys in the State of Ohio".

Iron pins shall be set at all exterior subdivision boundary corners, lot corners, and intersections of change, at the point of curvature, and the point of tangent of all curves and where the radius of direction changes. The intent is to identify and establish all lines of the plat. All monuments or iron pins shall be placed prior to City acceptance of improvements.

Monument boxes with permanent markers shall be set at all street intersections and center point of cul-de-sac. Railroad spikes shall be set at all other points of intersections. If the points of intersection are not in the paved area of the street, the railroad spikes shall be placed at the point of curvature and point of tangent of all curves. In the instances of concrete pavement, monument boxes shall be used where all railroad spikes are specified above.

All monuments and iron pins shall be set as shown on the final plat. The size, location, and type of material used shall also be shown. A professional surveyor's affidavit shall be filed in the plat volume and page and cross-referenced with the original plat when, for any reason, a monument or permanent marker must be offset from the original location or the type of iron pin is changed.

Boundary lines shall be monumented at all points where there is a change of direction and at all lot corners by suitable monuments as specified in the "Minimum Standards for Boundary Surveys in the State of Ohio."

(Ord. 4206. Passed 1-24-06.)

**1161.36 STREET AND WALKWAY LIGHTING.**

The Street and Walkway Lighting Plan shall be developed in conjunction with the standards set forth by the City of Urbana Design Criteria and Construction Standards and Drawings and with the City Engineer. The developer shall be responsible for all labor and material involved in street and sidewalk light installation including appurtenances, underground cables, trenches, poles, mast arms, yard restoration, sodding, seeding, and contour grading, including all associated cost of said work. (Ord. 4206. Passed 1-24-06.)

**1161.37 WATER SUPPLY IMPROVEMENTS.**

The subdivider shall install a public water system, if applicable, to adequately serve all lots, including lateral connections to the public system. Public water system extensions shall meet the requirements and approval of the OEPA and conform to the standards and specifications established in the City of Urbana Design Criteria and Construction Standards and Drawings.

(Ord. 4206. Passed 1-24-06.)

**1161.38 SANITARY SEWER IMPROVEMENTS.**

The subdivider shall install public sanitary sewers to adequately serve all lots, including lateral connections to the public system. Public sewer system extensions shall meet the requirements and approval of the OEPA and conform with the standards and specifications of the City of Urbana Design Criteria and Construction Standards and Drawings.

No individual septic system or combined sanitary and storm sewer shall be allowed.

(Ord. 4206. Passed 1-24-06.)

**1161.39 DRAINAGE IMPROVEMENTS.**

The subdivider shall construct all necessary facilities including underground pipe, inlets, catch basins, open drainage ditches, and detention basins or retention ponds as approved by the City Engineer, to provide for adequate disposal of subsurface and surface water and maintenance of natural drainage course. The developer shall also provide all necessary soil sediment pollution control. Design and construction shall be in accordance with the Design Criteria and Construction Standards and Drawings of the City. Adequate provisions shall be included in design and construction to accommodate all upstream and downstream drainage and, where necessary, extend all drainage improvements to plat limits. It shall state on the final plat that all natural watercourses, detention basins, retention ponds, and appurtenances shall be maintained by the property owner. An easement shall be provided to ensure that there will not be any building within the drainage facility and to provide for major maintenance and inspection. See the City of Urbana Design Criteria for inspection and ownership of detention basins.

All lots shall be laid out and graded to provide positive drainage away from buildings and shall be designed to assure adequate protection from the concentration of stormwater run-off on adjacent property. No storm drainage, including drain tile around basements, shall be permitted to discharge into any sanitary facility.

(Ord. 4206. Passed 1-24-06.)

**1161.40 CULVERTS AND BRIDGES.**

Where natural drainage channels intersect any street right-of-way, it shall be the responsibility of the subdivider to have satisfactory bridges and/or culverts constructed. Where culverts are required, minimum requirements shall be observed as follows:

(a) All culverts and bridges shall extend, at a minimum, across the entire right-of-way width of the proposed street. The cover over the culvert and its capacity shall be approved by the City Engineer. Headwalls are required.

(b) All culverts and bridges shall conform to the City of Urbana Design Criteria and Construction Standards and Drawings.

(Ord. 4206. Passed 1-24-06.)

**1161.41 ELECTRIC, GAS, CABLE TELEVISION, AND TELEPHONE IMPROVEMENTS.**

Electric, cable television, gas and telephone service shall be provided within each subdivision. Telephone, electric, street lighting wires, conduits, and cables shall be constructed underground unless otherwise approved by the City. The developer shall be responsible for all labor and material involved in improvements installation including appurtenances, underground cables, trenches, poles, mast arms, yard restoration, sodding, seeding, and contour grading, including all associated cost of said work.

Whenever a sanitary sewer, water main, or storm sewer, and electric and/or telephone line are each placed underground in the same utility easement, the following provision shall be applicable:

The total easement width shall not be less than 20 feet.

The sanitary sewer, water main, or storm sewer shall be installed on one side of the easement.

Electric, gas, cable television, and telephone shall not be installed within 5 feet of either sanitary sewer, water main, or storm sewer.

(Ord. 4206. Passed 1-24-06.)

**1161.42 OVER-SIZED, OVER-DEPTH, AND OFF-SITE IMPROVEMENTS.**

The utilities, pavements, and other land improvements required for the proposed subdivision shall be designed to incorporate any required over-sizing and any extensions needed to provide service to nearby adjoining lands as determined by the City.

(Ord. 4206. Passed 1-24-06.)

**1161.43 COST OF OVER-SIZED AND OVER-DEPTH IMPROVEMENTS.**

The subdivider shall be required to pay for all of the construction costs for the installation of utilities that are serving the proposed subdivision as determined by the City and the subdivider's estimates. The City may elect to have the utilities over-sized to service the surrounding areas, providing the improvement is beneficial to the City. The City shall pay the difference between the cost of the requirements of the subdivision and required over-sizing improvements as follows:

(a) Water Mains - A subdivider shall install water mains according to the City's specifications. The material's cost difference between the minimum required size of pipe and appurtenances, and over-sized pipe required by the City, will be paid by the City.

(b) Sanitary Sewers - A subdivider shall install sanitary sewers according to the City's specifications. The material's cost difference between the minimum required size of pipe and appurtenances, and over-sized pipe required by the City, will be paid by the City. The construction cost difference as determined by the City Engineer for the minimum depth needed for installation, and the greater depth of installation required by the City, will be paid by the City.

(c) Storm Sewers - A subdivider shall install storm sewers according to the City's specifications. The material's cost difference between the minimum required size of pipe and appurtenances, and over-sized pipe required by the City, will be paid by the City. The construction cost difference as determined by the City Engineer for the minimum depth needed for installation, and the greater depth of installation required by the City, will be paid by the City.

(d) Streets - The type and composition of street paving and surfacing shall be installed as per current City specifications, or County Engineering specifications where applicable, and shall be commensurate with the volume, street classification, character, and general circulation requirements, as determined by the City. The cost of materials for the paved surface and its sub-base of an existing street, and any over-sizing cost in excess of the owner's required responsibility needed to meet the dimensional standards for roadways, as shown on the City of Urbana Comprehensive Development Plan, shall be at the City's expense. The costs for the minimum street width, as required by these Regulations, including curb, gutter, and sidewalks, shall be the developer's responsibility and at his or her expense.

(Ord. 4206. Passed 1-24-06.)

**1161.44 EXTENSION TO BOUNDARIES.**

The subdivider shall be required to extend the necessary improvements to the boundary of the proposed subdivision to serve adjoining un-subdivided land.

(Ord. 4206. Passed 1-24-06.)

**1161.45 OFF-SITE EXTENSIONS.**

If streets or utilities are not available at the boundary of a proposed subdivision, the subdivider will be responsible for extending those streets or utilities, obtaining necessary easements or rights-of-way, and to construct and pay for such extensions to serve the proposed subdivision. Such improvements shall be available for connection by subdividers of adjoining land and become the property of the City.

(Ord. 4206. Passed 1-24-06.)

**1161.46 NON-ANNEXED SUBDIVISIONS.**

Any subdivision that lies outside the corporation limits of the City, but is connected to any of the City's utilities, must install all utilities to meet these Regulations and the City of Urbana Design Criteria and Construction Standards and Drawings.

If a subdivision is connected to any one of the City utilities, the residents of that subdivision, at the time annexation is determined to be possible by the City, must not oppose annexation. A statement to this effect must be included with each property deed and recorded in the Office of the Champaign County Recorder.
(Ord. 4206. Passed 1-24-06.)

**1161.47 RECORD DRAWINGS.**

Record drawings shall be furnished to the City before a final maintenance inspection. The submittal of record drawings is outlined in the City of Urbana Design Criteria.
(Ord. 4206. Passed 1-24-06.)

**MISCELLANEOUS PROVISIONS**

**1161.48 RECORDING OF PLAT.**

No plat of any subdivision shall be recorded or have any validity until said plat has received final approval in the matter prescribed in these Regulations.
(Ord. 4206. Passed 1-24-06.)

**1161.49 REVISION OF PLAT AFTER APPROVAL.**

No changes, erasures, modifications, or revisions shall be made in any plat of a subdivision after approval has been given by the Planning Commission, and endorsed in writing on the plat, unless said plat is first resubmitted to the Planning Commission.
(Ord. 4206. Passed 1-24-06.)

**1161.50 SALE OF LAND WITHIN SUBDIVISIONS.**

No owner or agent of the owner of any land located within a subdivision shall transfer or sell any land by reference to, exhibition of, or by the use of a plat of the subdivision before such plat has been approved and recorded in the manner prescribed in these Regulations. The description of such lot or parcel by metes and bounds in the instrument of transfer or other documents used in the process of selling or transferring shall not exempt the transaction from the provisions of these Regulations. (Ord. 4206. Passed 1-24-06.)

**1161.51 SCHEDULE OF FEES.**

The Board of Control establishes the schedule of fees. The schedule of fees shall be posted in the office of the City Administrator and may be altered, or amended only by the Board of Control. Until all applicable fees, charges, and expenses have been paid in full, no action shall be taken on any application or appeal.
(Ord. 4206. Passed 1-24-06.)

**1161.52 VARIANCES.**

The following Regulations shall govern the granting of variances:

(a) When a subdivider can show that a provision of these Regulations would cause unnecessary hardship if strictly adhered to because of topographical or other conditions peculiar to the site, a variation may be allowed without destroying the intent of such provision. The subdivider shall apply in writing to the Planning Commission stating the reasoning on which the departure is justified and this application shall be processed by the Planning Commission. Any variance authorized by the Zoning Board of Appeals shall be made by formal vote and a copy thereof shall be attached to, and made a part of, the final plat.

(b) Any variance authorized by the Planning Commission shall be made by a formal vote and a copy, thereof, shall be attached to and made a part of the final plat.

(c) In granting variances or modifications, the Planning Commission may require such conditions as will, in its judgement, secure substantially the object of the standards or requirements so varied or modified.

(Ord. 4206. Passed 1-24-06.)

**1161.53 APPEAL.**

Any person, who believes he has been aggrieved by these Regulations or the action of the Planning Commission, has all the rights of appeal as set forth in the Ohio Revised Code.
(Ord. 4206. Passed 1-24-06.)

**1161.99 PENALTY.**

The following penalties shall apply to the violations of these Regulations:

(a) Whoever violates any rule or regulation adopted by the City Council for the purpose of setting standards and requiring and securing the construction of improvements within a subdivision or fails to comply with any order pursuant thereto is creating a public nuisance and the creation thereof may be enjoined and maintenance thereof may be abated by action at suit of the City or any citizen thereof. Whoever violates these Regulations shall forfeit and pay not less than one hundred

dollars ($100.00) or more than one thousand dollars ($1,000) for each offense. Each day such violation continues shall be considered a separate offense. Such sum may be recovered with costs in a civil action suit brought in the Court of Common Pleas of Champaign County by the Director of Law, in the name of the City and for the use thereof.

(b) Whoever, being the owner or agent of owner of any land within the City corporation, transfers any lot, parcel or tract of such land from or in accordance with a plat of a subdivision before such plat has been recorded in the office of the County Recorder, shall forfeit and pay the sum of not less than one hundred dollars ($100.00) or more than five hundred dollars ($500.00) for each lot parcel, or tract of land so sold. The description of such lot, parcel, or tract by metes and bounds in the deed or transfer shall not serve to exempt the seller from the forfeiture provided in this section.

(Ord. 4206. Passed 1-24-06.)