APPROVED

# URBANA CITY COUNCIL
# SPECIAL SESSION MEETING
# TUESDAY, MARCH 31, 2026

President Paul called the City of Urbana Regular Special Meeting to order at 6:00 pm at the Champaign County Community Center.

**City Staff attending:** Fire Chief Dean Ortlieb

**President Called Roll:** Ms. Jumper, present; Mr. Scott, present; Mr. Davis, present; Ms. Truelove, present; Mr. Thackery, present; Mrs. Collier, absent; and Mrs. Bean, present.

**Council Discussion and Formation of Data Center Moratorium Committee**

Ms. Truelove stated that while Council did decide on a moratorium, she doesn't believe that anything is going to change anyone's mind. She believes this is all happening after the fact. She stated that she is not going to serve, as she does not believe in a committee.

Mr. Davis stated the only way this committee could be successful would be to receive something with useful information regarding the actual proposed building.

Mr. Scott stated that the committee should not have fifteen people. He believes five to seven would be more appropriate. He also wants to make sure the committee makes an apples to apples comparison with the appropriate information.

President Paul asked Council how they wanted to structure the committee and what and when would be the proposed final work product.

Ms. Truelove stated the committee should not be large. She added that the committee needed legal representation, as well as someone from administration and citizens.

Mr. Thackery asked how the decisions were to be made after the information is collected. He stated that the Council passed a moratorium because the public wanted Council to educate themselves. He added that if the citizens don't want Council to educate themselves, then they weren't transparent with what they wanted Council to do.

Ms. Jumper stated that she wanted to have an open floor to ask citizens who wanted to serve. She wanted to know from people that were specifically against that location, where they would want it to go. She stated she would be on the committee, but would like to have another Council member.

Mr. Thackery stated there would be ton of information and compared it to trying to hit a moving target.

Ms. Truelove mentioned the possibility of this going on the Statewide ballot because the citizens are mad.

Ms. Jumper responded that the City can't wait ten months for this issue to be placed on the ballot.



Exhibit F

Ms. Truelove asked what the committee thinks it could find out. Ms. Jumper answered hopefully answers.

Mr. Thackery stated he had heard from four people regarding national security concerns. He also mentioned that there could potentially be false information being thrown out to prevent the United States from having data centers.

President Paul stated that Council had to decide what they wanted the topics to be. He added that the subcommittee should provide the report to Council to have its information.

Ms. Truelove inquired as to what would change the public's mind. She stated everyone could e-mail her personally.

Mr. Thackery stated that the committee should see how other committees have done and see the whole package.

Ms. Jumper stated she had questions about revising the zoning to make data centers a conditional use. She also stated that she had a number of subtopics already.

Mr. Thackery stated that anyone with a 'No Data Center' sign already in their yard was biased and unable to stay impartial.

President Paul stated that the committee needs to have a chairperson, with the potential of having co-chairs.

Mr. Thackery stated it was important for the chairperson to be someone down the middle on the topic.

Ms. Truelove stated Council should decide numbers first. Mrs. Bean recommended eight to ten, with Mr. Thackery recommending one person for each topic.
President Paul recommended figuring out the topics first if that was how Council wanted to go.
Ms. Jumper recommended that all members add report back to each other and add input.

The topics that Ms. Jumper listed included: agricultural, water supply and infrastructure, electrical, environmental, noise, traffic, construction, fiscal impact, transparency and resource, emergency and drought, and zoning and land compatibility.

A member of the public suggested a big concern would be not including someone from the project to say what the company will actually do and produce.

Mr. Thackery stated that the City can't get a site plan during a moratorium.

Joe Buckalew informed Council that it was important to put parameters on what the expectations would be.

One citizen stated that Council needed to be concerned with the potential longevity of the data centers as quantum computers may take over in the next four to six years. Another citizen stated if the data center built multiple buildings in waves, construction may be ongoing for the next six or seven years.

Mr. Thackery stated that some topics could be addressed rather quickly.

President Paul informed Council that they should let the committee decide what to handle.

The potential names Ms. Jumper collected as possible are: Judy Page, Bryce Carafa, Joe Buckalew, Brad Winner, Sharlon Conrad, and Andi Grow.

President Paul stated that Superintendent Charles Thiel had already been reached out and accepted an invitation. He added that County Commissioner Nino Vitale had also accepted.

A citizen questioned how this was voted on as a yes to begin with. Ms. Jumper stated she had similar questions but was told it was unnecessary to remove the language that she was questioning.

Mr. Buckalew asked if the expectation was that committee members remained neutral in public. President Paul responded that the main objection was to allow the committee to have the chance to legitimately investigate the issues.

Mr. Buckalew asked about potential legal exposure by serving on the committee. Ms. Jumper stated that she hopefully would have an answer on that soon.

Mr. Buckalew finally addressed concerns that the committee's work would actually be used and appreciated. He didn't want to feel like all of the work provided by the committee was just for show.

President Paul asked if Council was seeking information or an actual recommendation at the conclusion of the committee. Council concluded that it wanted both.

Mr. Carafa asked why the City was not a part of the table. Mr. Thackery stated that Mr. Mitchell was involved, but decided to take an advisor role as opposed to a committee member.

President Paul asked Council who they wanted to ask from administration to serve on the committee. Ms. Jumper stated she would like Mr. Mitchell on the committee.

President Paul then asked when the first meeting of the committee would meet. After discussion of how much notice would be needed for publication, Ms. Jumper decided upon April 13th @ 6:00 pm. (Clerk Note – The meeting was eventually changed to April 14th @ 6:00 pm due to room availability)

Mr. Thackery advised that he would like the Committee to give at least quarterly updates to Council.

Ms. Grow stated that she would like the Committee to go look at existing data centers, where they could walk around and listen from the outside.

Mr. Buckalew stated that it is important to get the ball rolling immediately. He inquired a to how to request the developer to cover potential studies that needed to be done.

President Paul asked when the final report should be prepared to Council. Ms. Jumper stated that the committee can decide that at the first meeting.

A citizen reminded the committee that it could be helpful to look and see what information is already gathered by other communities going through the same process.

Ms. Jumper moved to adjourn. Mr. Scott seconded. Voice vote on approval: all ayes, nays none.

**ADJOURNED AT 7:09 p.m.**

**NEXT SCHEDULED MEETING (Later Vacated)**

April 7, 2026 ~~at 6:00~~ p.m.

Council Clerk

Council President