Administration • 205 S. Main Street • Urbana, Ohio 43078 • http://www.urbanaohio.com • 937-652-4300

# CITY OF URBANA'S RESPONSE TO ALLEGATIONS OF LACK OF TRANSPARENCY TO COUNCIL – OVERVIEW AND TIMELINE OF EVENTS

## OVERVIEW:

1) **Council passed the Ordinances related to the annexation, the definition of use for a data center, and the Community Reinvestment Area for this project in open meetings, after three (3) readings, and public hearings.**
2) **After Council approval of the annexation and uses for a data center, the developer entered into agreements with the participating property owners for approximately $5,000,000.**
3) **None of the land purchased by the developer was owned, or sold, by the City.**
4) **Other than the Pre-Annexation Agreement, there are no contracts between the developer and the City.**
5) **No "deals" have been made.**
6) **No Non-Disclosure Agreements have been signed.**
7) **There are no Community Reinvestment Agreements with the developer.**
8) **The City has not received a completed site plan, or any other documents reflecting the developer's plan for a data center.**

## TIMELINE OF EVENTS

**NOTE: ALL TOOK PLACE IN OPEN MEETINGS, WITH PROPER PUBLICATION AND NOTICE.**

- November 19, 2024, Urbana City Council Meeting Packet.
  **https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2024-11-19_regular_meeting_packet.pdf**

  November 19, 2024, Approved Minutes
  **https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2024-11-19_approved_city_council_meeting_minutes.pdf**
  December 3, 2024, Approved Minutes
  **https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2024-12-03_approved_city_council_meeting_minutes.pdf**



Exhibit H

December 17, 2024, Approved Minutes
**https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2024-12-17_approved_city_council_meeting_minutes.pdf**

1) November 19, 2024 - First reading of Ordinance 4612-24 - An Ordinance asking Council to authorize the Director of Administration to enter into a pre-annexation agreement with Urbana0624C, LLC (which is Highland) to annex the subject property into the City. Three readings required.
    a. Ordinance contained the Pre-Annexation Agreement itself as an exhibit, **which clearly shows Highland as the developer, indicates their intention to purchase and for future development.**

    **(Copy of Annexation Agreement was provided to Council in all three packets, for all three readings)**

2) December 3, 2024 – Second reading of Ordinance 4612-25.
    a. Mr. Crabill informed Council that he passed out a copy of the survey plat before the meeting. He indicated that, for the agreement, lands controlled by Organ Farms, LLC and the Board of County Commissioners are included. He noted the actual annexation petition was received yesterday, and also included Madison-Champaign ESC and Vancrest. He stated that Council should expect to see Ordinances at the next meeting to provide services and zoning buffers.

3) December 17, 2024 – Third and final reading of Ordinance 4612-25. Placed on the floor for discussion and possible passage by Councilwoman Amy Jumper. Seconded by Councilwoman Stephanie Truelove.
    a. **Ordinance 4612-24 passed by a vote of 5-0** (Jumper, Scott, Davis, Truelove and Bean).

4) December 17, 2024 – First reading Ordinance 4613-24 – An Ordinance adopting a statement of services for the annexed land, and of Ordinance 4614-24 – an Ordinance relating to land use and buffers for the annexed land.
    a. No questions or comments from Council, **passed 5-0** (Jumper, Scott, Davis, Truelove and Bean).

5) January 14, 2025 – County Commissioners acted on Annexation Petition, including Pre-Annexation Agreement.

The are no comments, questions, or concerns by citizens in approved minutes pertaining to Highland, farmland owned by Organ Farms, a data center, or any other accusation of misrepresentation from the City or Council throughout this or leading up to April.

- April 1, 2025, Urbana City Council Meeting Packet. **https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2025-04-01_regular_meeting_packet.pdf**

April 1, 2025, Approved Minutes
**https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2024-11-19_approved_city_council_meeting_minutes.pdf**
April 15, 2025, Approved Minutes
**https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2025-04-15_approved_city_council_meeting_minutes.pdf**
April 22, 2025, Approve Minutes
**https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2025-04-22_approved_city_council_meeting_minutes.pdf**

6) April 1, 2025 – First reading of:
   a. Ordinance 4619-25 – An Ordinance **to accept the annexation** that has now made it through the County Commissioner process (Three readings required).
   b. Ordinance 4620-25 – An Ordinance to update the zoning definitions to **include "Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services. "Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services" means establishments primarily engaged in providing computing infrastructure, data processing services, Web hosting services (except software publishing), and related services, including streaming support services (except streaming distribution services). Data supplied by clients or provide automated data processing and data entry services"** (three readings and public hearing required)
   **NOTE: Mr. Carter explained that this was the definitions chapter, and that this Ordinance adds the definition for "computing infrastructure providers." No Council member had any questions or comments or expressed any concerns about what the newly added definitions referenced.**
   c. Ordinance 4621-25 – An Ordinance **to include Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services" as principally-permitted uses in the manufacturing district** (three readings and a public hearing required.)
   **NOTE: Mr. Carter explained that this Ordinance covered the Manufacturing District chapter, and that it updates the general purpose and further described permissive uses. No Council member had any questions or comments or expressed any concerns about the fact that Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services was added as a permissive use.**
   **NOTE: The reason this language was added was because in early conversations about an industrial park, a data center was mentioned as a possibility, and the definitions involving a data center were not present in the City's Ordinances. As an aside, there was also no definition of a car wash, a dog wash, or transportation terminals, which were also added by Ordinance during these council meetings.**

7) April 15, 2025 – Second reading and public hearing of:
   a. Ordinance 4619-25 – An Ordinance to accept the annexation that has now made it through the County Commissioner process (Three readings required).

b. Ordinance 4620-25 – An Ordinance to update the zoning definitions to include "Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services. "Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services" means establishments primarily engaged in providing computing infrastructure, data processing services, Web hosting services (except software publishing), and related services, including streaming support services (except streaming distribution services). Data supplied by clients or provide automated data processing and data entry services" (three readings and public hearing required).
**NOTE: Mr. Crabill explained that this was the definitions chapter, and that this Ordinance adds the definition for "computing infrastructure providers." No Council member had any questions or comments or expressed any concerns about what the newly added definitions referenced. There were no public comments.**

c. Ordinance 4621-25 – An Ordinance to include Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services" as principally-permitted uses in the manufacturing district (three readings and a public hearing required.)
**NOTE: Mr. Crabill explained that this Ordinance covered the Manufacturing District chapter, and that it updated the general purpose and further described permissive uses. No Council member had any questions or comments or expressed any concerns about the fact that Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services was added as a permissive use. There were no public comments.**

8) <u>April 22, 2025,</u> Third and final reading of:

a. Ordinance 4619-25 – An Ordinance to accept the annexation that has now made it through the County Commissioner process (Three readings required).

b. Ordinance 4620-25 – An Ordinance to update the zoning definitions to include "Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services. "Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services" means establishments primarily engaged in providing computing infrastructure, data processing services, Web hosting services (except software publishing), and related services, including streaming support services (except streaming distribution services). Data supplied by clients or provide automated data processing and data entry services" (three readings and public hearing required).
**NOTE: Mr. Carter stated that he would answer any questions. No Council member had any questions or comments or expressed any concerns about what the newly added definitions referenced.**
**PASSED BY A VOTE OF 7-0**

c. Ordinance 4621-25 – An Ordinance to include Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services" as principally-permitted uses in the manufacturing district (three readings and a public hearing required.)
**NOTE: Mr. Carter stated that he would answer any questions. No Council member had any questions or comments or expressed any concerns about the fact that Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services was added as a permissive use.**
**PASSED 7-0**

9) August 2025 – 4 months AFTER annexation and zoning was petitioned and introduced, Ordinances were clearly spelled out and explained with offers to answer any questions; Council passed all of the above ***meaning*** at this point Council was given clear information within their packets for meetings 11/19/24, 12/3/24, 12/19/24, 4/1/25, 4/15/25, & 4/22/25). In reliance on the passages of Ordinances 4620-25 and 4621-25, the developer proceeded with purchases of 47 acres of land in the newly zoned and annexed territory for just over $2 million, and in November the developer purchased just over 80 acres of land in the newly annexed and zoned territory for just over $3 million. These purchases were from the property owners, not the City or the County.

- October 7, 2025, Urbana City Council Meeting Packet.
  **https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2025-10-07_regular_meeting_packet.pdf**

  October 7, 2025, 2025, Approved Minutes
  **https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2025-10-07_approved_city_council_meeting_minutes.pdf**
  October 21, 2025, Approved Minutes
  **https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2025-10-21_approved_city_council_meeting_minutes.pdf**
  November 4, 2025, Approved Minutes
  **https://www.urbanaohio.com/uploads/1/2/4/6/124631710/2025-11-04_approved_city_council_meeting_minutes.pdf**

10) October 7, 2025 – First reading of Ordinance 4631-25 – An Ordinance establishing and describing the boundaries of Community Reinvestment Area #2 in the City of Urbana and authorizing and approving related matters. (Three readings and a public hearing required).

11) October 21, 2025 – Second reading of Ordinance 4631-25 – An Ordinance establishing and describing the boundaries of Community Reinvestment Area #2 in the City of Urbana and authorizing and approving related matters. (Three readings and a public hearing required).
    a. Questions asked by Council and answered by Mr. Crabill are in the minutes linked above. Mandy Hildebrand who is the Treasurer for the Urbana City School District, came in to speak on Community Reinvestment Areas and how Community Reinvestment ***Agreements*** pertain to the school. She was clear that she was not speaking in favor or against the City's desire to establish a CRA. She also stated that the school received great communication from the City even when under the requested abatement percentage requiring agreement by the school district. Comments from citizens and the clarifications for their concerns are addressed in those same minutes.

12) November 4, 2025 – Third reading of Ordinance 4631-25 – An Ordinance establishing and describing the boundaries of Community Reinvestment Area #2 in the City of Urbana and authorizing and approving related matters. (Three readings and a public hearing required). Prior to the vote, Mr. Feinstein stated to Council that he felt it was important to make sure Council knew what it would be voting for. He stated that Community Reinvestment Areas ("CRA") already exist in Urbana. He explained that a CRA is a geographic designation that can incentivize development in areas that need it. He stated that they are a tool for the city, and that **the legislation is to create an area, not an agreement. He clarified what happened in Sidney was an agreement. He informed Council that any agreement that comes to the city, Council would still have the final say of yes, or no. He added that the only way it would even come to Council would be if there was some direct benefit to the city. He also stated that there are no agreements on the table. Mr. Feinstein reminded Council that they approved data centers through the zoning ordinances back in April of 2025, and that a CRA does not have anything to do with data centers.** Councilman Thackery stated that some people had expressed concerns to him about a data center. **He stated that if the big issue is the megaproject, it can be turned down when it's proposed. With that, Councilwoman Jumper asked if there was a way to remove the language involving "megaprojects" completely out of the wording. Mr. Feinstein responded that it would not prevent a megaproject from coming because a CRA has nothing to do with whether a megaproject came or not.**
**After discussion, the Ordinance passed 5-2.**