This sample ballot was produced by the Champaign County Board of Elections web site.


Exhibit B

# OFFICIAL GENERAL ELECTION BALLOT
## CHAMPAIGN COUNTY
## NOVEMBER 3, 2026

0001 URBANA 1-A

**Instructions to Voter**

- To vote, darken the oval (⬬) to the left of your choice.
- Note the permitted number of choices directly below each office title.
- Do not mark the ballot for more choices than allowed. If you do, that contest or question will not be counted.
- To vote for a write-in candidate: darken the oval (⬬) to the left of the blank line and write in the candidate's name.
- Only votes cast for candidates who filed as write-in candidates can be counted.
- Do not write in a candidate's name if their name is already printed on the ballot for that same contest.
- If you make a mistake or want to change your vote, return your ballot to an election official and get a new ballot.
- You may ask for a new ballot up to two times.

### For Governor and Lieutenant Governor
(To vote for Governor and Lieutenant Governor, darken the oval at the left of the joint candidates of your choice)

- ◯ **Amy Acton and David Pepper** Democratic
- ◯ **Don Kissick and James L. Mills** Libertarian
- ◯ **Vivek Ramaswamy and Robert A. McColley** Republican
- ◯ ________ Write-in

### For Attorney General
(Vote for not more than 1)

- ◯ **Keith Faber** Republican
- ◯ **John J. Kulewicz** Democratic

### For Auditor of State
(Vote for not more than 1)

- ◯ **Annette Blackwell** Democratic
- ◯ **Frank LaRose** Republican

### For Secretary of State
(Vote for not more than 1)

- ◯ **Tom Pruss** Libertarian
- ◯ **Allison Russo** Democratic
- ◯ **Robert Sprague** Republican

### For Treasurer of State
(Vote for not more than 1)

- ◯ **Jay Edwards** Republican
- ◯ **Seth Walsh** Democratic

### For Justice of the Supreme Court
(Full term commencing 1-1-2027)
(Vote for not more than 1)

- ◯ **Daniel R. Hawkins** Republican
- ◯ **Marilyn Zayas** Democratic

### For Justice of the Supreme Court
(Full term commencing 1-2-2027)
(Vote for not more than 1)

- ◯ **Jennifer Brunner** Democratic
- ◯ **Colleen O'Donnell** Republican

### For U.S. Senator
(Unexpired term ending 1-3-2029)
(Vote for not more than 1)

- ◯ **Sherrod Brown** Democratic
- ◯ **Jon Husted** Republican
- ◯ **Greg Levy** Other-party candidate
- ◯ **William B. Redpath** Libertarian
- ◯ ________ Write-in

### For Representative to Congress (4th District)
(Vote for not more than 1)

- ◯ **Jim Jordan** Republican
- ◯ **Joshua D. Kolasinski** Democratic
- ◯ **Tracey L. Tackett**

### For State Representative (85th District)
(Vote for not more than 1)

- ◯ **Tim Barhorst** Republican
- ◯ **Victoria Maddox** Democratic

### For Judge of the Court of Appeals (2nd District)
(Full term commencing 2-9-2027)
(Vote for not more than 1)

- ◯ **Chris Epley** Republican

### For Judge of the Court of Common Pleas (Juvenile/Domestic/Probate Division)
(Full term commencing 2-9-2027)
(Vote for not more than 1)

- ◯ **Lori L. Reisinger**

### For Judge of the Court of Common Pleas (Juvenile/Domestic/Probate Division)
(Full term commencing 2-10-2027)
(Vote for not more than 1)

- ◯ **Brett A. Gilbert**

### For County Commissioner
(Full term commencing 1-1-2027)
(Vote for not more than 1)

- ◯ **Karen T. Bailey** Republican
- ◯ **Jacob McKee** Democratic
- ◯ **Todd Woodruff**

### For County Auditor
(Vote for not more than 1)

- ◯ **John Patrick Ritchie**
- ◯ **Nino Vitale** Republican

Sample SAMPLE Sample Sample

**Issue 3**

**Proposed Constitutional Amendment**

**TO REQUIRE VOTERS TO PRESENT PHOTO IDENTIFICATION IN ORDER TO VOTE**

**Proposed by Joint Resolution of the General Assembly**

**To enact Section 5 of Article V of the Constitution of the State of Ohio**

**A majority yes vote is required for the adoption of Section 5.**

This proposed amendment would:

- Require voters to present an approved form of government-issued photo identification in order to vote.
- Allow state law to provide for an alternative method of verifying a voter's identity for a voter who has a sincere religious objection to being photographed and, therefore, does not possess an approved form of government-issued photo identification.
- Require that voters who do not vote in person provide an approved form of government-issued photo identification, unless the law authorizes those persons to vote by providing a signature and at least one other specified unique identifier.
- Define approved forms of government-issued photo identification as an unexpired Ohio driver license or state identification card; a United States passport or passport card; or a United States military identification card, Ohio National Guard identification card, or United States Department of Veterans Affairs identification card.

If approved, the amendment shall take effect immediately.

A "YES" vote means approval of the amendment.

A "NO" vote means disapproval of the amendment.

**SHALL THE AMENDMENT BE APPROVED?**

⬭ **YES**
⬭ **NO**

**Proposed Tax Levy (Renewal)**

**Champaign Health District**

**A majority affirmative vote is necessary for passage.**

A renewal of a tax for the benefit of Champaign County for the purpose of the operation of the Champaign Health District that the county auditor estimates will collect $303,400 annually, at a rate not exceeding 0.4 mill for each $1 of taxable value, which amounts to $6 for each $100,000 of the county auditor's market value, for 5 years, commencing in 2027, first due in calendar year 2028.

⬭ **FOR THE TAX LEVY**
⬭ **AGAINST THE TAX LEVY**

**Proposed Tax Levy (Additional)**

**Champaign County Board of Developmental Disabilities**

**A majority affirmative vote is necessary for passage.**

An additional tax for the benefit of Champaign County Board of Developmental Disabilities for the purpose of providing community developmental disabilities programs and services by the Champaign County Board of Developmental Disabilities and/or for the acquisition, construction, renovation, financing, maintenance and operation of developmental disabilities facilities that the county auditor estimates will collect $2,412,660 annually, at a rate not exceeding 1.5 mills for each $1 of taxable value, which amounts to $53 for each $100,000 of the county auditor's market value, for 5 years, commencing in 2027, first due in calendar year 2028.

⬭ **FOR THE TAX LEVY**
⬭ **AGAINST THE TAX LEVY**

**RECALL OF MAYOR BILL BEAN (by Petition)**

**City of Urbana**

**A majority affirmative vote is necessary for passage.**

Shall BILL BEAN be removed from the office of MAYOR of the CITY OF URBANA BY RECALL?

⬭ **YES**
⬭ **NO**

**FOR MAYOR OF THE CITY OF URBANA (Unexpired term ending 12/31/2027) (Vote for not more than ONE)**

⬭ **Eugene E. Fields, Jr.**

**Proposed Charter Amendment**

**City of Urbana**

**A majority affirmative vote is necessary for passage.**

Shall Article VIII of the Charter of the City of Urbana be amended to add Section 8.07, to read as follows?

Article VIII, Section 8.07. Prohibition of a Data Center

(A) the construction of a data center is hereby prohibited.

(B) as used in this Section, "construction" shall mean the erection of one or more buildings, infrastructure, facilities and related activities, which include preparations and modifications for same, for a common purpose.

(C) as used in this Section, "data center" shall mean one or more buildings or physical facilities or infrastructure, located on a single real property parcel or on contiguous, adjacent, or otherwise aggregated real property parcels that are used primarily or exclusively for digital information services such as the management, storage, processing and dissemination of electronic data and information, including but not limited to the implementation of artificial intelligence, through the use of computer systems, servers, networking equipment, and related components, including equipment cooling systems, or virtual currency mining.

(D) this Section shall not apply to data centers, as defined in this section, whose sole purpose is to serve as a dedicated facility that supports the computing needs of a single organization or enterprise not otherwise engaged in the business of management, storage, processing, and/or dissemination of electronic data and information and which is wholly owned by that enterprise, and which has an aggregate monthly demand or peak load of less than seven-point-five (7.5) megawatts, however derived from any energy source, or a combination thereof.

(E) this Section is self-executing.

⬭ **YES**
⬭ **NO**

Karen L. Ward
Michael L. Terry
Bob E. Corbett
Thomas A. Jess

**Board Signatures**