**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| THOR EQUITIES, LLC, *et al.*, | : | Case No. 3:26-cv-00196 |
| | : | |
| Plaintiffs, | : | Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| v. | : | Magistrate Judge Peter B. Silvain, Jr. (Settlement) |
| CITY OF URBANA, OHIO, *et al.*, | : | |
| | : | **NOTICE OF RELATED STATE COURT CASES** |
| Defendants. | : | |
| | : | |

Intervening Plaintiffs[1], by and through undersigned counsel, hereby provide notice to this Court of the following lawsuits which were filed in the Champaign County, Ohio, Court of Common Pleas on October 28, 2026 and October 31, 2026, respectively, and which, Intervening Plaintiffs submit, are germane to this matter:

- Champaign County Common Pleas Case No. 2026 CV 00250, styled *Board of Commissioners of Champaign County v. Urbana0624C, LLC*, *et al*; and
- Champaign County Common Pleas Case No. 2026 CV 00252, styled *Andrew D. Crist, et al. v. City of Urbana, Ohio, et al.*

Copies of the above-referenced complaints (sans exhibits) are attached hereto respectively as **Exhibit A** and **Exhibit B**.

[1] Capitalized terms not expressly defined herein shall have that definition ascribed to them in the Motion to Intervene [Doc. 30].

Respectfully submitted,

*/s/ Austin Z. Baurichter*
Austin Z. Baurichter (0104539)
BAURICHTER LAW LLC
410 White Oak Street
Georgetown, Ohio 45121
Phone: (513) 693-8565
Email: abaurichter@protonmail.com

*Counsel for Intervening Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 2nd day of November 2026, the foregoing was filed electronically through this Court's CM/ECF system, which will automatically send a copy to counsel of record for each of the parties pursuant to Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Austin Z. Baurichter*
Austin Z. Baurichter (0104539)